IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY HATHAWAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:14-cv-01768 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Brown |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Mary Hathaway's Application to Proceed in District Court Without Prepaying Fees or Costs ("Application"). (Doc. No. 2.) The Court, having considered Plaintiff's Application, hereby **ORDERS** that Plaintiff be **allowed** to proceed *in forma pauperis* in this case. The Clerk of the Court is permitted to file the case and send copies to the U.S. Attorney for the Middle District of Tennessee and to the Attorney General of the United States. In addition, pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(A)—(B), this case is **REFERRED** to the Magistrate Judge for a scheduling order, for decision on all non-dispositive matters, and for a Report and Recommendation on the disposition of Plaintiff's Complaint for judicial review of the decision of the Social Security Administration.

It is so ORDERED.

Entered this the 29 day of August, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT